UNITED STATES DISTRICT COURT

CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. |
| | ) | |
| v. | ) | 3:20CR00069(MPS) |
| | ) | |
| Gehabae Worjloh | ) | June 16, 2020 |

## ORDER REDUCING SUPERVISED RELEASE TERM BY TWELVE MONTHS

In accordance with Title 18 U.S.C. §3583(e)(1), Gehabae Worjloh's term of supervised release shall be reduced by twelve months, following his successful completion of Achievement/Commitment/Trust (ACT) Reentry Court on October 9, 2019. His term of supervised release shall now conclude on August 16, 2027.

**SO ORDERED.**

Dated this 16th day of June 2020, at Hartford, Connecticut.

/s/ MICHAEL P. SHEA

The Honorable Michael P. Shea
United States District Judge